

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-79,927-02, WR-79,927-03 & WR-79,927-04, WR-79,927-05

### EX PARTE SAMUEL PROPHET DAVIS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 863886-A, 866458-A, 866459-A & 860090-A
### IN THE 179TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two aggravated robbery charges, one aggravated kidnapping charge, and one aggravated sexual assault charge. He was sentenced to fifty years' imprisonment in each conviction, except for the aggravated sexual assault case, in which he was sentenced to ninety years' imprisonment. The First Court of Appeals affirmed his convictions. *Davis v. State*, Nos. 01-01-00987-CR, 01-01-00988-CR, 01-01-00989-CR & 01-01-00990-CR (Tex. App.—Houston [1st Dist.] Aug. 8, 2002) (not designated for publication).

The trial court made findings of fact and conclusions of law, recommending that relief be denied. With the exception of Finding of Fact 13 and Conclusion of Law 5, the court's findings and conclusions have support in the record. Based on an independent review of the record and the remaining findings and conclusions, we deny relief.

Filed:  May 20, 2015
Do not publish